UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEMATIC CORP.,<br>      Petitioner,<br><br>v.<br><br>ROBOGISTICS, LLC,<br>      Respondent. | No. 1:25-cv-448<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 17), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 8, 2025              /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge